IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PAUL BROCK**                                                                                                                    **PLAINTIFF**

**v.**                      **CASE NO. 4:23-CV-00573-BSM**

**ENTERGY OPERATIONS, INC.**                                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 8th day of October, 2024.

*[Signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE